ORIGINAL

FILED

08/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0351

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0351

STATE OF MONTANA,

Plaintiff and Appellee,

v.

THOMAS THEO BULLTAIL,

Defendant and Appellant.

FILED

AUG 0 3 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Thomas Theo Bulltail has filed a Petition for Out-of-Time Appeal on the ground that his attorney failed to file his appeal for him. Bulltail alleges that his mental competency and age should have been considered in his case. Bulltail has not provided any information about his conviction, his sentence, or the district court in which it was imposed.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

As a threshold matter, Bulltail's Petition, while signed, is not verified with a notary's seal and signature. M. R. App. P. 4(6). We also point out that he did not serve opposing counsel—the County Attorney and the Attorney General—with a copy of his filed Petition. M. R. App. P. 10(2). Bulltail sent a copy only to his former counsel from the Office of State Public Defender in Billings, Montana.

We secured relevant documents from the Thirteenth Judicial District Court, Yellowstone County. In July 2017, Bulltail entered guilty pleas, pursuant to a Written Acknowledgment of Waiver of Rights and Plea Agreement, to two felonies, carrying a concealed weapon and criminal possession of dangerous drugs. On September 19, 2017, the District Court sentenced him to two, concurrent five-year terms with three years suspended to the Department of Corrections (DOC). Bulltail did not appeal.

On February 10, 2020, the District Court held a revocation hearing on Bulltail's alleged violations of his probationary term. Bulltail appeared with counsel. Relying on Bulltail's admissions, the court found that he had violated the terms and conditions and revoked his 2017 sentence. On that same day, the court sentenced Bulltail to concurrent three-year DOC terms and awarded him credit for time served from January 19 through February 10, 2020. The court declined to award him credit for time while on probation, or street time, because Bulltail failed to comply with the terms and conditions of his 2017 sentence.

Bulltail has not demonstrated extraordinary circumstances to appeal either the 2017 or 2020 judgments. He has not explained how his sentence upon revocation is invalid, and he is long past the time for challenging his 2017 convictions. Section 46-20-104, MCA; M. R. App. P. 4(5)(b)(i). At this point, some eighteen months after sentencing, he has served half of his revocation sentence and does not demonstrate good cause for not seeking relief sooner. We conclude that his Petition's denial will not result in a gross miscarriage of justice.

IT IS THEREFORE ORDERED that Bulltail's Petition for an Out-of-Time Appeal is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to counsel of record; to Terry Halpin, Clerk of District Court, Yellowstone County, under Cause No. DC 17-0227; to Brett D. Linneweber, Yellowstone County Attorney's Office; to Analicia Pianca, Office of State Public Defender; and to Thomas Theo Bulltail personally.

DATED this 3 day of August, 2021.

Chief Justice

_____

_____
Justices